IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERICK LORRAY
ARMSTRONG,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-1685

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 18, 2014.

An appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

Erick Lorray Armstrong, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and MARSTILLER, JJ., CONCUR.